# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**GINO ROMANO,** *pro se,*

    Plaintiff,

v.                                                    Case No.  8:12-cv-1330-T-30TBM

**KIM KARDASHIAN, et al.,**

    Defendants.

_____/

## **ORDER**

THIS CAUSE comes before the Court upon the motion for preliminary injunction and for temporary restraining order filed by *pro se* Plaintiff Gino Romano[1]. The Court denies the motion as frivolous, for failure to allege the Court's jurisdiction, and for failure to pay a filing fee.

The motion states that Plaintiff faces "imminent danger and bodily harm" from the Defendants, the Kardashians,[2] based on an alleged incident that occurred at Busch Gardens in Tampa, Florida. Plaintiff contends that Khloe Kardashian put him in a head lock, Kourtney Kardashian stuck her heel in his eye, Kim Kardashian put brass knuckles on and punched him in the teeth, and Kris Kardashian pulled out mace and sprayed him while Kim

---

[1] According to the website, abovethelaw.com, Romano has initiated lawsuits against "thousands of people (and places, and also things)". *See http://abovethelaw.com/?s=Gino+Romano*

[2] The Kardashians are "celebrities", best known for their reality TV shows, which feature their daily activities.

Kardashian searched his pockets and stole his wallet. The motion contains additional descriptions of the alleged batteries he suffered at the hands of the Kardashians, and states that he is bed confined because his head is injured and Kim Kardashian told him "in Arnold Swartzeneggers [sic] voice" that she would be back.

The Court concludes that the motion is frivolous because the allegations consist of, what appear to be delusions, related to Plaintiff's fear and apprehension of the Kardashians, does not state any actionable claims, and does not state the basis for the Court's jurisdiction. Clearly, any tort claims against Defendants under these facts would be under state law. And Plaintiff does not allege how diversity jurisdiction applies. Finally, the docket reflects that Plaintiff did not pay a filing fee.

It is therefore ORDERED AND ADJUDGED that, for the reasons stated herein:

1. Plaintiff's Motion for Preliminary Injunction and Motion for Temporary Restraining Order (Dkt. 1) is DENIED.

2. The Clerk of Court is directed to close this case and terminate any pending motions as moot.

**DONE** and **ORDERED** in Tampa, Florida on June 15, 2012.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2012\12-cv-1330.mt1.frm